Certificate Number: 17082-PAE-DE-028719627

Bankruptcy Case Number: 16-17698



17082-PAE-DE-028719627

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 5, 2017, at 10:58 o'clock PM MST, SHALINA D REDDING completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 5, 2017            By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director